USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/15/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WONDERWORK, INC.,

                           Debtor.

VINCENT A. SAMA, as Litigation Trustee of the
WW LITIGATION TRUST,

                           Plaintiff,

-against-

BRIAN MULLANEY, HANA FUCHS, THEODORE DYSART, RAVI KANT, JOHN J. CONEYS, STEVEN LEVITT, CLARK KOKICH, STEVEN RAPPAPORT, RICHARD PRICE, and MARK ATKINSON,

                           Defendants.

19 Civ. 2302 (AT)

Chapter 11

Case No. 16-13607-SMB

Adv. Proc. No. 18-01873-SMB

**ORDER**

ANALISA TORRES, District Judge:

      On March 14, 2019, Steven Levitt, Clark Kokich, Steven Rappaport, and Richard Price ("Moving Defendants"), filed a motion to withdraw the reference of the second and third causes of action in Plaintiff's complaint from the U.S. Bankruptcy Court. ECF No. 1. These causes of action are asserted against both Moving Defendants and Ravi Kant, John S. Coneys, and Mark Atkinson ("Non-Moving Defendants"). It is hereby ORDERED that:

1. By **March 29, 2019**, Plaintiff shall file his opposition;
2. By **March 29, 2019**, Non-Moving Defendants shall file a brief stating their position on withdrawing the reference; and
3. By **April 5, 2019**, Moving Defendants shall file their reply, if any.

SO ORDERED.

Dated: February 13, 2019
        New York, New York

                                                        ANALISA TORRES
                                             United States District Judge