UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In Re

WONDERWORK, INC.,
                    Debtor.

------------------------------------------------------------X

VINCENT A. SAMA, as Litigation Trustee of the
WW LITIGATION TRUST,

                    Plaintiff,

    -against-

BRIAN MULLANEY, HANA FUCHS,
THEODORE DYSART, RAVI KANT, JOHN J.
CONEYS, STEVEN LEVITT, CLARK KOKICH,
STEVEN RAPPAPORT, RICHARD PRICE, and
MARK ATKINSON,

                    Defendants.

------------------------------------------------------------X

19 **CIVIL** 2302 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 23, 2020, efficient use of judicial resources, reducing delay and cost to the parties, and uniform bankruptcy administration are all served by not withdrawing the reference until these claims are ready for trial. Defendants' motion to withdraw the reference is DENIED, without prejudice to renewal when the claims are ready for trial; accordingly, the case is closed.

**Dated:** New York, New York
         January 24, 2020

                                            **RUBY J. KRAJICK**
                                                Clerk of Court

                          **By:** _____
                                                  Deputy Clerk